# EXHIBIT A

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Wednesday, April 3, 2024 2:46 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | [External]Activity in Case 1:24-cv-00932-NCM-JRC Vasell et al v. SeatGeek, Inc. Order on Motion to Vacate |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/3/2024 at 2:46 PM EDT and filed on 4/3/2024
**Case Name:**     Vasell et al v. SeatGeek, Inc.
**Case Number:**   1:24-cv-00932-NCM-JRC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER granting [12] Motion to Vacate by SeatGeek, Inc. -- On consent, defendant's [12] letter-motion to Vacate Deadline to Answer or Otherwise Respond to the Complaint, Set Deadline for Plaintiffs to Amend the Complaint, and Set Deadline to Answer or Otherwise Respond to the Amended Complaint is granted. The Court's previous order that defendant must answer, move, or otherwise respond to plaintiffs' complaint by April 5, 2024, is hereby vacated. Plaintiffs shall file their amended complaint by April 10, 2024. Defendant shall answer, move, or otherwise respond to the amended complaint by April 24, 2024. Ordered by Judge Natasha C. Merle on 4/3/2024. (AG)**

**1:24-cv-00932-NCM-JRC Notice has been electronically mailed to:**

Eduard Korsinsky     ek@zlk.com, ecf@zlk.com

1

Ian Ross Shapiro     ishapiro@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Christopher Michael Andrews     candrews@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Aarti Reddy     areddy@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

**1:24-cv-00932-NCM-JRC Notice will not be electronically mailed to:**