# Cooley

Christopher Andrews
T: +1 212 479 6862
candrews@cooley.com

July 15, 2024

Eduard Korsinsky
Mark Reich
Courtney Maccarone
Levi & Korsinsky, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: ek@zlk.com
       mreich@zlk.com
       cmaccarone@zlk.com

Re:   *Vasell v. SeatGeek, Inc.*, Case No. 1:24-cv-00932-NCM-JRC

Dear Counsel:

On behalf of Defendant SeatGeek, Inc. ("SeatGeek") in the above-referenced action, please find the following documents included with this correspondence:

- SeatGeek's Notice of Motion to Compel Arbitration, or, alternatively, to Dismiss Plaintiffs' Amended Class Action Complaint;

- Memorandum of Law in Support of the Motion to Compel Arbitration, or, alternatively, to Dismiss Plaintiffs' Amended Class Action Complaint;

- Declaration of Paula Giuliani in Support of SeatGeek's Motion to Compel Arbitration, or, alternatively, to Dismiss Plaintiffs' Amended Class Action Complaint and Exhibits.

- Declaration of Aarti Reddy in Support of SeatGeek's Motion to Compel Arbitration, or, alternatively, to Dismiss Plaintiffs' Amended Class Action Complaint.

Respectfully submitted,

*/s/ Christopher M. Andrews*
Christopher M. Andrews