

33 Whitehall St., 17th Floor
New York, NY 10004
T: 212-363-7500
F: 212-363-7171
www.zlk.com

Mark S. Reich | mreich@zlk.com

August 14, 2024

**VIA EMAIL**

Christopher M. Andrews
Cooley LLP
55 Hudson Yards
New York, NY 10001
Email: candrews@cooley.com

Aarti Reddy
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Email: areddy@cooley.com

      Re: *Vassell, et al. v. SeatGeek, Inc.*, Case No. 1:24-cv-00932-NCM-JRC (E.D.N.Y.)

Dear Counsel:

      On behalf of Plaintiffs Torell Vassell, Shantee Grant, Sean Biederman, Alexander Zajac, and Todd Carey ("Plaintiffs") in the above-referenced action, please find the following documents attached to this correspondence:

- Plaintiffs' Response in Opposition to Defendant SeatGeek, Inc.'s Motion to Compel Arbitration or, alternatively, to Dismiss Plaintiffs' Amended Class Action Complaint;

- Exhibit A – Zajac Affidavit; and

- Exhibit B – Svensson Affidavit; and Exhibit A to Svensson Affidavit.

                                            Respectfully submitted,

                                            */s/ Mark S. Reich*
                                            Mark S. Reich
                                            Levi & Korsinsky, LLP