UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TORELL VASELL, SHANTEE GRANT, SEAN BIEDERMAN, ALEXANDER ZAJAC, and TODD CAREY individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEATGEEK, INC.,<br><br>Defendant. | 1:24-cv-00932-NCM-JRC |

### DEFENDANT SEATGEEK, INC.'S NOTICE OF STIPULATION

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 42(a), Defendant SeatGeek, Inc. has sought from the Honorable Nicholas G. Garaufis, who is presiding over an identical putative class action, *Edwards v. SeatGeek, Inc.*, 1:24-cv-03288-NGG-JAM (E.D.N.Y. filed May 2, 2024) ("*Edwards*"), an order consolidating *Edwards* with the above-captioned action. *See Edwards*, Stipulation and [Proposed] Order Re: Consolidation of Actions, ECF No. 16. The *Edwards* action was filed approximately three months after the *Vasell* litigation, and the Plaintiffs in *Edwards*, along with SeatGeek, Inc., jointly stipulated to consolidation. *See id.* In addition, counsel for Plaintiffs in *Vasell* have conferred with the undersigned and have confirmed that they do not oppose consolidation.

Dated: August 20, 2024

By: */s/ Christopher Andrews*
Christopher Andrews (NY 5442355)
Ian Shapiro (NY 4002408)
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Tel: (212) 479-6000
ishapiro@cooley.com
candrews@cooley.com

Aarti Reddy (CA 274889) (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel: (415) 693-2000
areddy@cooley.com

*Attorneys for Defendant SeatGeek, Inc.*