UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TORELL VASELL, SHANTEE GRANT, SEAN BIEDERMAN, ALEXANDER ZAJAC, and TODD CAREY individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SEATGEEK, INC.,<br><br>　　　　　Defendant. | 1:24-cv-00932-NCM-JRC |

**STIPULATION AND ORDER RE: BRIEFING SCHEDULE OF CONSOLIDATED ACTIONS**

**WHEREAS,** on February 6, 2024, a putative class action captioned *Vasell v. SeatGeek, Inc.*, Case No. 1:24-cv-00932-NCM-JRC, was filed and assigned to Judge Natasha C. Merle for all purposes;

**WHEREAS,** on May 2, 2024, a putative class action captioned *Edwards v. SeatGeek, Inc.*, Case No. 1:24-cv-03288-NGG-JAM, was filed and assigned to Judge Nicholas G. Garaufis;

**WHEREAS,** the *Vasell* and *Edwards* actions (together, the "Actions") each purport to assert claims against SeatGeek, Inc. arising from alleged violations of the New York Arts and Cultural Affairs Law § 25.07(4), which relates to the disclosure of ticket prices and fees, among other things;

**WHEREAS**, counsel for all parties in the Actions ("Parties") have conferred, and no party objects to this stipulation; and

**NOW, THEREFORE**, the undersigned parties, through their attorneys and subject to the Court's approval, stipulate and agree to the following:

1.  No amended complaint will be filed by plaintiffs in the instant action based on the earlier consolidation of *Vasell v. SeatGeek, Inc.*, Case No. 1:24-cv-00932-NCM-JRC and *Edwards v. SeatGeek, Inc.*, Case No. 1:24-cv-03288-NGG-JAM into this action, *Vasell v. SeatGeek, Inc.*, Case No. 1:24-cv-00932-NCM-JRC (collectively, the "Consolidated Action") prior to the Court's decision on SeatGeek's pending motion to compel arbitration, or, alternatively, to dismiss Plaintiffs' Amended Class Action Complaint ("SeatGeek's Motion");

2.  The Parties will complete briefing as to SeatGeek's Motion;

3.  Plaintiffs in the *Edwards* action will join the *Vasell* plaintiffs for all purposes and will be bound by any ruling as to SeatGeek's Motion.

**STIPULATED AND AGREED:**

Dated: August 27, 2024

By: */s/ David Goodwin*
David Goodwin
Daniel E. Gustafson*
Matt Jacobs*
GUSTAFSON GLUEK PLLC
120 South Sixth Street #2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgoodwin@gustafsongluek.com
dgustafson@gustafsongluek.com
mjacobs@gustafsongluek.com

Nicholas A. Migliaccio
Jason S. Rathod*
Migliaccio & Rathod LLP
412 H St., NE
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Scott D. Hirsch*
SCOTT HIRSCH LAW GROUP PLLC
6810 N. State Road 7

By: */s/ Aarti Reddy*
Aarti Reddy (CA 274889) (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel: (415) 693-2000
areddy@cooley.com

Christopher Andrews (NY 5442355)
Ian Shapiro (NY 4002408)
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Tel: (212) 479-6000
ishapiro@cooley.com
candrews@cooley.com

*Attorneys for Defendant SeatGeek, Inc.*

Coconut Creek, Fl 33073
Tel: (561) 569-7062
scott@scotthirschlawgroup.com

*Attorneys for Plaintiff Ashley Edwards*
*pro hac vice admission to be sought

By: /s/ *Eduard Korsinsky*
Eduard Korsinsky
Mark S. Reich
Courtney E. Maccarone
Levi & Korsinsky, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
ek@zlk.com
mreich@zlk.com
cmaccarone@zlk.com

*Attorneys for Plaintiffs Torell Vasell, Shantee Grant, Sean Biederman, Alexander Zajac, and Todd Carey*

**SO ORDERED** this  29   day of  August , 2024

                                  *s/Natasha C. Merle*
                                  UNITED STATES DISTRICT JUDGE