UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TORELL VASSELL, SHANTEE GRANT, SEAN BIEDERMAN, ALEXANDER ZAJAC, and TODD CAREY individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEATGEEK, INC.,<br><br>Defendant. | Case No.: 1:24-cv-00932-NCM-JRC<br><br>NOTICE OF VOLUNTARY DISMISSALWITHOUT PREJUDICE |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Todd Carey, by and through his counsel of record, hereby voluntarily dismisses his action without prejudice.

Dated: January 29, 2025

**LEVI & KORSINSKY, LLP**

By: */s/ Eduard Korsinsky*
Eduard Korsinsky (EK-8989)
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: ek@zlk.com

*Counsel for Plaintiffs*